IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: FELICIA NEWELL            ) CASE NO. 13-50527
                                                       )
                                                       ) CHAPTER 13
                                                       )
                                                       ) JUDGE HOFFMAN

NOTICE OF CHANGE OF ADDRESS

     Now comes the Debtors, by and through Counsel, and hereby notify the court of A change of Address for Debtor Felicia Newell.

        6355 Reins Way
        Canal Winchester, OH 43110


                                        /s/ Karen E. Hamilton, #0064808
                                        Attorney for Debtors
                                        31 E. Whittier Street
                                        Columbus, Ohio 43206
                                        (614) 443-7920
                                        (614) 443-7922 fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th of March 2015, a copy of the Debtor's Change of Address was served on the following registered ECF participants, electronically through the Court's transmission facilities at their email addresses with the Court:

1. Office of the U. S. Trustee
   *Served Electronically

2. Faye D. English, Chapter 13 Trustee
   *Served Electronically

/s/ Karen E. Hamilton, #0064808
Attorney for Debtors
31 E. Whittier St.
Columbus, Ohio 43206
(614) 443-7920
(614) 443-7922 fax